

# Missouri Court of Appeals
## Southern District

**DECEMBER 1, 2015**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.  Case No.  SD33853

    Re:  IN THE MATTER OF
         JOYCE ANN ROGERS,
         WAYNE LEON YARDLEY,
         Interested Party-Appellant,
         vs.
         DAVID YANCEY,
         PUBLIC ADMINISTRATOR,
         Guardian-Respondent.

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b).

1.  Case No.  SD33591

    Re:  STATE OF MISSOURI,
         Plaintiff-Respondent,
         vs.
         IRA ANTHONY STRAWN,
         Defendant-Appellant.